

*Via electronic delivery* only

**DATED: October 19, 2023**

<u>Re.: 3:23-cv-03531-JSC Kamath v. United States Department of Homeland Security et al Case Management Conference – Initial; and Further Proof re the Letter in DKT # 19.</u>

**To Whomsoever it may concern:**

**In reply to the docket entry of the Court, DKT # 20, and to the prior letter, DKT # 19, there was timely check-in and log-in. However, the Court did not allow Plaintiff RESHMA KAMATH to appear. Then, DKT #20 states that there was no appearance. However, Plaintiff RESHMA KAMATH had logged in as per EXHIBIT A effort made with no check-in from waiting room to appearance.**

*Sincerely,*

*Reshma Kamath*

RESHMA KAMATH,
PLAINTIFF, *IN PROPRIA PERSONA*

# EXHIBIT A

### 3:23-cv-03531-JSC Kamath v. United States Department of Homeland Security et al

**Reshma Kamath** — 1:12 PM (6 hours ago)
Please inform whether the court has agreed to a continuance of today's 1:30 p.m. CMC. I had called and the voicemail requested to e-mail the clerk. Than...

**Reshma Kamath** — 1:47 PM (5 hours ago)
Hello Clerk: I was logged in since prior to 1:30 P.M. PT on the non-public Zoom webinar, and no one has logged me in yet. Please confirm.

**Reshma Kamath** — 2:20 PM (5 hours ago)
Still waiting for the CMC. I hope it was continued for my case.

**Reshma Kamath** — 2:43 PM (4 hours ago)
Please confirm - no check-in:

**Reshma Kamath** <reshmakamath2021@gmail.com> — 3:10 PM (4 hours ago)
to jsccrd

Again, no check-in after almost two hours of waiting:

## 3:23-cv-03531-JSC Kamath v. United States Department of Homeland Security et al

**Reshma Kamath** <reshmakamath2021@gmail.com>   1:12 PM (6 hours ago)
to jsccrd

Please inform whether the court has agreed to a continuance of today's 1:30 p.m. CMC. I had called and the voicemail requested to e-mail the clerk. Thank you.

Sincerely,

*Reshma Kamath*

# Law Office of Reshma Kamath

Counselor-at-Law | 2022 Elite Lawyer | Lawyers of Distinction
Address:  Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone:    650 257 0719 | E-mail:    reshmakamath2021@gmail.com |
LinkedIn: www.linkedin.com/in/globalcitizenwithjd/ |
Website:  www.myinstalawyer.com |



**Reshma Kamath** <reshmakamath2021@gmail.com>    1:47 PM (5 hours ago) 

to jsccrd

Hello Clerk:

I was logged in since prior to 1:30 P.M. PT on the non-public Zoom webinar, and no one has logged me in yet. Please confirm.



Sincerely,

Reshma Kamath

 (669) 254-5252
California



 13:53
Outgoing call
Call duration: 4 min 48 sec

 Call (669) 254-5252

 Text (669) 254-5252

**Reshma Kamath** <reshmakamath2021@gmail.com>   2:20 PM (5 hours ago)   
to jsccrd



Still waiting for the CMC. I hope it was continued for my case.

Sincerely,

**Reshma Kamath** <reshmakamath2021@gmail.com>  3:10 PM (4 hours ago)
to jsccrd

Again, no check-in after almost two hours of waiting:



Sincerely,

*Reshma Kamath*