AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

RESHMA KAMATH,

*Plaintiff(s)*

v.

SAN FRANCISCO POLICE DEPARTMENT (SFPD); UNITED STATES DEPARTMENT OF HOMELAND SECURITY; FEDERAL PROTECTIVE SERVICES; AND DOES 1–10

*Defendant(s)*

Civil Action No. 3:23-CV-03531-JSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES DEPARTMENT OF HOMELAND SECURITY
For service of process, by mail only:

Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RESHMA KAMATH, CAL. BAR NO. 333800,
Law Office of Reshma Kamath
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone:    650 257 0719 |
E-mail:    reshmakamath2021@gmail.com  |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: October 16, 2023

*CLERK OF COURT*
Mark B. Busby

*Cynthia J. Lenahan*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:23-CV-03531-JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNITED STATES DEPARTMENT OF HOMELAND SECURITY

was received by me on *(date)* DECEMBER 20, 2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* OFFICER WILLIAMS BADGE 1547 , who is designated by law to accept service of process on behalf of *(name of organization)* UNITED STATES DEPARTMENT OF HOMELAND SECURITY on *(date)* DECEMBER 22, 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   SERVICE EXECUTED at Phillip Burton Federal Building. & United States Courthouse. 450 Golden Gate Avenue. San Francisco, CA 94102

My fees are $ 0 for travel and $ 24 for services, for a total of $ 24 .

I declare under penalty of perjury that this information is true.

Date: 12-21-23

Server's signature

TRENT CHRISTIAN, PROCESS SERVER
*Printed name and title*

5 Vasquez Ave., San Francisco, CA 94127
*Server's address*

Additional information regarding attempted service, etc:

Officer Williams Badge 1547, wouldn't give me his 1st name.

12pm
Black
Dark skin
6'4"
210
35 years old
Black hair
Brown eyes

| Print | Save As... | Reset |