**RESHMA KAMATH**
Mailing Address: 700 El Camino Real,
Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719
E-mail.: reshmakamath2021@gmail.com
*In Propria Persona*

## IN AND FOR THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO POLICE DEPARTMENT (SFPD); UNITED STATES DEPARTMENT OF HOMELAND SECURITY; FEDERAL PROTECTIVE SERVICES; and, DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No.: 3:23-cv-03531-JSC<br>[*For Judge Jacqueline Scott Corley in San Francisco Courthouse, Courtroom 8—19th Floor*]<br><br>**PLAINTIFF'S NOTICE *RE* CLERK'S FALSIFIED REASONS FOR 'DECLINATION OF DEFAULT' [ECF NOS. 38, 39] AS TO DEFENDANTS FEDERAL PROTECTIVE SERVICES 'ROGER SHERMAN' [ECF No. 25] AND UNITED STATES DEPARTMENT OF HOMELAND SECURITY 'OFFICER WILLIAM BADGE NUMBER 1547' [ECF No. 27]**<br><br>**DEMAND FOR JURY TRIAL** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

# NOTICE

**To the Clerk of the United States District Court for the Northern District of California, Courtroom 8, 19th floor**: PLAINTIFF ("PLAINTIFF") informs the Clerk of this Court that the reasons for 'Declination of Default' [ECF Nos. 38,39] on February 05, 2024 are both Clerk's falsified statements.

Each of the proofs of service as to the named Defendants clearly states:

**FEDERAL PROTECTIVE SERVICES**

**NAME: 'ROGER SHERMAN' [ECF No. 25]**

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**

**NAME: 'OFFICER WILLIAM BADGE NUMBER 1547' [ECF No. 27]**

Please take further notice that CAND's discrimination towards women of color, and lawyers of color of particular ethnic backgrounds is already stated in a Complaint where the Defendant CAND is a named Defendant. Such actions of the Clerk will be part of such complaint.

**FEBRUARY 05, 2024**         **RESHMA KAMATH**

*/S/ Reshma Kamath*

*In Propria Persona*