DAVID CHIU, State Bar #189542
City Attorney
JAMES F. HANNAWALT, State Bar #139657
Acting Chief Trial Deputy
ABIGAIL H. WALD, State Bar #309110
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3901
Facsimile:     (415) 554-3837
E-Mail:        abigail.wald@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RESHMA KAMATH,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT (SFPD); UNITED STATES DEPARTMENT OF HOMELAND SECURITY; FEDERAL PROTECTIVE SERVICES; AND DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No. 3:23-CV-3531-JSC<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO THE ORDER OF MARCH 12, 2024** |
|---|---|

Plaintiff's Objection (ECF No. 55, "Objection") to the Court's March 12, 2024 Order (ECF No. 54, "Order") is procedurally improper and should be disregarded. The Northern District of California's Civil Local Rules do not permit parties to object to such orders. If Plaintiff wishes to seek reconsideration of the Order, Plaintiff must obtain leave of court to file a motion for reconsideration. Civil L-R 7-9. Plaintiff has not done so. Her Objection should be disregarded.

---

[1] On March 12, 2024, the Court substituted the City and County of San Francisco as Defendant in place of erroneously named Defendant, San Francisco Police Department. *See* ECF No. 54 at p. 4.

1  Plaintiff's Objection also provides no legal or substantive basis that would warrant
2  reconsideration of any portion of the Order.  Instead, the majority of Plaintiff's Objection is spent
3  making improper *ad hominem* attacks on persons who are not parties to this proceeding, namely,
4  through baseless accusations of improper conduct due to racism or other forms of discrimination.
5  Plaintiff has previously made a similar improper, unfounded, *ad hominem* attack against counsel for
6  Defendant.  *See* ECF No. 50 at p. 8, n. 1.  And, this is the third time Plaintiff has made similar
7  improper, unfounded, *ad hominem* attacks on the Court's clerk.  *See* ECF Nos. 40, 48.  Plaintiff, who
8  is also a lawyer, should be admonished for this behavior.  *See, e.g., Fuchs v. State Farm Gen. Ins. Co.*,
9  No. CV 16-01844-BRO-GJS, 2017 WL 4679272, at *3 (C.D. Cal. Mar. 6, 2017) (admonishing
10 Plaintiff "to refrain from ad hominem attacks upon opposing counsel.")

Dated:  March 15, 2024

                        DAVID CHIU
                        City Attorney
                        JAMES F. HANNAWALT
                        Acting Chief Trial Deputy
                        ABIGAIL H. WALD
                        Deputy City Attorney

By: */s/ Abigail H. Wald*
     ABIGAIL H. WALD

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO