**RESHMA KAMATH**
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719
E-mail.: reshmakamath2021@gmail.com
*In Propria Persona*

## IN AND FOR THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH, | Case No.: 3:23-cv-03531-JSC |
| Plaintiff, | **FURTHER OBJECTION TO THE ORDER OF MARCH 12, 2024; PROOF OF SERVICE** |
| v. | |
| SAN FRANCISCO POLICE DEPARTMENT (SFPD); UNITED STATES DEPARTMENT OF HOMELAND SECURITY; FEDERAL PROTECTIVE SERVICES, and, DOES 1-10, INCLUSIVE, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

## **FURTHER OBJECTION**

Plaintiff RESHMA KAMATH informs the court of the following:

- Judge Jacqueline Scott Corley believes in the infallibility of American law.

- Judge Jacqueline Scott Corley has allowed her nationalistic pride and Americanism to justify Defendant SFPD's illegality.

- Judge Jacqueline Scott Corley has a blind belief negating Defendant SFPD's illegality and justifying it has some sort of "public safety" approach.

- Judge Jacqueline Scott Corley is allowing Defendant SFPD to go against the law right at the perimeter of the CAND courthouse.

- Judge Jacqueline Scott Corley is letting American law enforcement to continue its illegality in justifying their actions as a judicial officer.

- Judges and Law Enforcement in America are notorious world-wide for racial injustice, brute force approach, and promoting systemic White culture/Male culture. Laws such as PREA and others show what kind of disgusting behavior goes on with law enforcement. Plaintiff will bring in Steve Glumas and other police officers who harassed and towed Plaintiff's car.

- Judge Jacqueline Scott Corley must realize small things add up – as one lets SFPD off the hook for seemingly minute things – it will escalate.

- White women such as Judge Jacqueline Scott Corley can rarely help women of color. Hiring more diverse staff is not a solution. They could be as racist, as misogynistic and as subordinate to White judges/staff anyway. CAND and California courts pretty much have incompetent and racist staff.

- Judge Jacqueline Scott Corley has not ruled on the merits. Judges play this game of cut-and-paste generic statements from cases that are not the law.

- White culture is what Judge Jacqueline Scott Corley is promoting. White culture seems very civil, professional, mature and quiet, but if one observes the patterns that White culture embodies - those traits, norms and conduct become particular to White culture – as there are traits, norms and conduct that are particular to, e.g., Indian culture. Whether traits, norms and conduct are particular to White American culture is a whole different discussion. Judges must be aware that they're constantly promoting White American culture and male culture at the courthouses.

- Ever since Plaintiff entered the overwhelming White profession of law in America, this has become more evident. White people always justify other White people, in breaking the law, violating the law, treat White people as special and different than others when it comes to the law, and allow other White people to cut corners even when there is black letter law. People of color allow White people, mostly White women, to do this freely.

- Plaintiff wants to ensure that Judge Jacqueline Scott Corley, who seems very mild, but part of the same White American culture, is aware of this while she promulgates.

*/S/ Reshma Kamath*

Reshma Kamath, *In Propria Persona*

# PROOF OF SERVICE
## F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in the County of San Mateo, California. I am over the age of 18, and not a party to this action. My mailing address is: 700 El Camino Real, Suite 120 #1084, Menlo Park, California 94025, and my e-mail address is reshmakamath2021@gmail.com for electronic-service. On March 21, 2024, I served the following document(s) on: SEE ATTACHED SERVICE LIST.

**FURTHER OBJECTION TO THE ORDER OF MARCH 12, 2024; PROOF OF SERVICE**

**UNITED STATES MAIL SERVICE** In enclosing the documents in a sealed envelope or package addressed to the persons at the addresses below in depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid.

**SERVICE LIST**
Defendant FEDERAL PROTECTIVE SERVICES
Phillip Burton Federal Building and U.S. Courthouse
Address: 450 Golden Gate Ave #5-5474, San Francisco, CA 94102;

Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY
For service of process, by mail only: Office of the General Counsel U.S. Department of Homeland Security 245 Murray Lane, SW Mail Stop 0485 Washington, DC 20528-0485; Phillip Burton Federal Building and U.S. Courthouse
Address: 450 Golden Gate Ave #5-5474, San Francisco, CA 94102;

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on **MARCH 21, 2024.**

*/S/ Reshma Kamath*

Reshma Kamath

# PROOF OF SERVICE
## F.R.C.P. 5 / C.C.P. § 1013(A)(3), C.C.P. § 1010.6(A)(6) / CAL. R. CT. R. 2.260

I AM EMPLOYED IN THE COUNTY OF SAN MATEO, CALIFORNIA. I AM OVER THE AGE OF 18, AND NOT A PARTY TO THIS ACTION. MY MAILING ADDRESS IS: 700 EL CAMINO REAL, SUITE 120, #1084, MENLO PARK, CALIFORNIA 94025, AND MY E-MAIL ADDRESS IS RESHMAKAMATH2021@GMAIL.COM FOR ELECTRONIC-SERVICE. ON MARCH 21, 2024, I SERVED THE FOLLOWING DOCUMENT(S) ON: SEE ATTACHED SERVICE LIST.

**FURTHER OBJECTION TO THE ORDER OF MARCH 12, 2024; PROOF OF SERVICE**

VIA ELECTRONIC SERVICE: IN ELECTRONICALLY TRANSMITTING COURTESY COPIES OF THE DOCUMENT(S) LISTED ABOVE TO THE EMAIL ADDRESS(ES) OF THE PERSON(S) SET FORTH ON THE ATTACHED SERVICE LIST. TO MY KNOWLEDGE, THE TRANSMISSION WAS REPORTED AS COMPLETE AND WITHOUT ERROR, AS PER THE ELECTRONIC SERVICE AGREEMENT BETWEEN ALL PARTIES AND THEIR ATTORNEYS OF RECORD, HEREIN. [NOTICE OF C.C.P. 1010.6, VIA CONSENT BETWEEN APPEARED PARTIES.]

**SERVICE LIST**
DAVID CHIU DAVID.CHIU@SFCITYATTY.ORG
ABIGAIL HEATHER WALD ABIGAIL.WALD@SFCITYATTY.ORG
ANITE MURDOCK ANITA.MURDOCK@SFCITYATTY.ORG
MONICA TREJO MONICA.TREJO@SFCITYATTY.ORG
RAY FELICIANO RAY.FELICIANO@SFCITYATTY.ORG
ATTORNEYS FOR DEFENDANT SFPD