**RESHMA KAMATH**
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719
E-mail.: reshmakamath2021@gmail.com
*In Propria Persona*

## IN AND FOR THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH, | Case No.: 3:23-cv-03531-JSC |
| Plaintiff, | ~~PROPOSED~~ **ORDER** |
| v. | |
| SAN FRANCISCO POLICE DEPARTMENT (SFPD); UNITED STATES DEPARTMENT OF HOMELAND SECURITY; FEDERAL PROTECTIVE SERVICES, and, DOES 1-10, INCLUSIVE, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:*

## **ORDER**

Good cause appearing, per the request of Plaintiff, and seeing no prejudice to Defendants in such a short continuance, the filing deadline for the amended complaint will be April 15, 2024.

DATED: __March 21__, 2024   _____

GRANTED
Jacqueline Scott Corley
Judge Jacqueline Scott Corley

JUDGE JACQUELINE SCOTT CORLEY