**RESHMA KAMATH**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
*IN PROPRIA PERSONA*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH, <br><br> Plaintiff, <br><br> v. <br><br> SAN FRANCISCO POLICE DEPARTMENT (SFPD); UNITED STATES DEPARTMENT OF HOMELAND SECURITY; FEDERAL PROTECTIVE SERVICES; STEVE GLUMAS; SECURITY GUARD # 1, SECURITY GUARD # 2; AND DOES 1-10, INCLUSIVE, <br><br> Defendants. | Case Number: 3:23-CV-3531-JSC <br><br><br> **PLAINTIFF OBJECTS TO RACIST JACQUELINE'S WHITE-WOMAN SLAVE BEHAVIOR.** |

**PLAINTIFF OBJECTS TO RACIST JACQUELINE'S WHITE-WOMAN SLAVE BEHAVIOR.**

RESHMA KAMATH

RACIST White Jacqueline is one of the many racist judges housed at the CAND courthouse.

RACIST White Jacqueline displays the typical White woman conduct.

RACIST White Jacqueline has a typical White-women slave mentality thinking everyone else are beneath her and to make women of color do slave work for her – while there is no change in result.

In this case, RACIST White Jacqueline fails. Not only does RACIST Jacqueline violate the Federal Rules of Civil Procedure, but RACIST Jacqueline, as a third-rate judge, even violates the Local CAND rules. This is how RACIST Jacqueline fails as a judge and an officer of the court:

1. **RACIST White Jacqueline fails** to adhere to the LOCAL CAND RULES of MEET-AND-CONFER (Amend. Compl. # 1) – that are concurrent with FED. RULES OF CIVIL PROCEDURE RULE 12 B 6.

2. **RACIST White Jacqueline makes up** FALSIFIED STATEMENTS in her ORDER stating there was no further amendment to the FIRST-AMENDED COMPLAINT.

However, to the contrary, the Amended Complaint had a **plethora of factual statements** that **RACIST White JACQUELINE ignores** intentionally in her Orders repeatedly. This is RACISM and definitely MISOGYNY of White women towards women of color and immigrant women of color. White women do this when

**PLAINTIFF OBJECTS TO RACIST JACQUELINE'S WHITE-WOMAN SLAVE BEHAVIOR.**

RESHMA KAMATH

they know that those women of color are better than them – the same reason how men keep women down when the men know the particular women are better than them (e.g. Oprah Winfrey). When it occurs to women of color, it is called **RACIAL MISOGYNY that RACIST White Jacqueline harbors.**

3. **RACIST White Jacqueline's FALSIFIED FACT-FINDING** is that WHITE RACISM typical at CAND – That **RACIST WHITE CULTURE that FESTERS at the CAND Courthouse** starts right before the public entrance.

a. **RACIST White Jacqueline ignores Plaintiff's pictoral EXHIBITS A and B** in (Amend. Compl. # 7).

b. **RACIST White Jacqueline ignores the names of the Defendants** in (Amend. Compl. #s 27, 28, and 29.)

"27. Defendant is Steve Glumas employed at subject-incident address.

28. Defendant is police officer/security guard #1 John Doe, male, Filippino, short, bald and fat, at subject-incident address.

29. Defendant is police officer/security guard # 2 John Doe, male, Nigerian, with tattoos, at subject-incident address."

c. **RACIST White Jacqueline demonstrated her RACISM towards INDIANS and INDIAN-AMERICANS in this case.**

d. **RACIST White woman Jacqueline then imposing her WHITENESS on PLAINTIFF negates the additional factual statements:** "67. Plaintiff has a video

**PLAINTIFF OBJECTS TO RACIST JACQUELINE'S WHITE-WOMAN SLAVE BEHAVIOR.**

RESHMA KAMATH

of Defendants, security guards #1 and #2, yelling, and slamming the door on her outside SFPD and DHS FPS office at the subject incident building, as well as, not allowing Plaintiff to sign the papers to release her vehicle when Plaintiff had requested the release.

68. Plaintiff felt physically intimidated by the presence of Defendants' agents." (Amend. Compl. #s 67, 68).

"33. Between May and July 2023 on-going, Defendants SFPD and DHS FPS, particularly Defendants Glumas, security guards # 1 and # 2, have repeatedly given falsified tickets, to Plaintiff, atleast three (3) in total, and subsequently towed Plaintiff's vehicle. No other vehicle was ticketed at each of the times during the same time that Plaintiff's vehicle was parked at the subject address depicted in Exhibits A and B. None of the windshields have a ticket displayed and no special permit stuck on the windshield." (Amend. Compl. # 33).

"38. None of the other car drivers and passengers were Indians/Indian-Americans/ and/or from Hindu culture.

39. From naked eye observation, the other similarly-situated car parkers were White or Latin-Americans. Some had no one sitting." (Amend. Compl. #s 38, 39).

**PLAINTIFF OBJECTS TO RACIST JACQUELINE'S WHITE-WOMAN SLAVE BEHAVIOR.**

RESHMA KAMATH

4. RACIST Jacqueline gives in to her fetish of Asian-American men. RACIST Jacqueline does nothing to negate that. What collusion DAVID CHIU from SFPD and JACQUELINE have is a whole another rigmarole to delve into.

5. The White trash that Jacqueline is – how many lives of people of color has RACIST Jacqueline destroyed with her slow brain. RACIST Jacqueline fails to understand the law/code/rules, and even if she does, RACIST Jacqueline actively chooses to ignore them.

6. RACIST Jacqueline like her other racist White counterparts within CAND must be racially targeting Indians and Middle-Eastern people. Cultures, languages, and religions that RACIST Jacqueline is clueless about and probably hates.

7. The SF city area is in shambles, people have moved out in huge influxes, buildings are empty and stranded, homelessness is on the rise, and each day the SF city/county gets worse and worse, because of judges such as RACIST Jacqueline Scott Corley.

8. RACIST Jacqueline/RACIST CAND have a delusional view of the world – as more people are leaving CAND, SF and the racist jurisdiction. People will not tolerate such stupid judicial decisions.

RACIST Jacqueline should know that there are many ways to seek justice, and other more intelligent jurisdictions will properly handle this case.

**PLAINTIFF OBJECTS TO RACIST JACQUELINE'S WHITE-WOMAN SLAVE BEHAVIOR.**

RESHMA KAMATH

RACIST Jacqueline should be careful because her RACIST decisions do not exist in a vacuum.

9. RACIST Jacqueline such as RACIST BREYER, RACIST HIXSON, RACIST ALSUP, and many others, each who pretend they're surrounded with diversity – are BIGOTS.

Plaintiff will not be a slave to RACIST Jacqueline's slave-like orders – because it is pretty much how WHITE people in the law are – do this, do that, slog away, but you get nothing.

10. Finally, PLAINTIFF will be leaving this racist country soon yet another time – but this time to practice law in a different jurisdiction that is much better than the RACIST AMERICAN courts.

*Sincerely,*

**RESHMA KAMATH**

*/S/ Reshma Kamath*

Plaintiff, *In Propria Persona*

---

**PLAINTIFF OBJECTS TO RACIST JACQUELINE'S WHITE-WOMAN SLAVE BEHAVIOR.**

RESHMA KAMATH