1
2
3
4

**RESHMA KAMATH**
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
*IN PROPRIA PERSONA*

5
6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

7

**RESHMA KAMATH,**

8

9

**Plaintiff,**

10

11

**v.**

12

13

**SAN FRANCISCO POLICE**
**DEPARTMENT (SFPD); UNITED**
**STATES DEPARTMENT OF**
**HOMELAND SECURITY; FEDERAL**
**PROTECTIVE SERVICES; STEVE**
**GLUMAS; SECURITY GUARD # 1,**
**SECURITY GUARD # 2; AND DOES**
**1-10, INCLUSIVE,**

14

15

16

17

18

19

**Defendants.**

20

**Case Number: 3:23-CV-3531-JSC**

**PLAINTIFF REQUESTS FURTHER**
**TIME TO SERVE FROM RACIST**
**JACQUELINE UNTIL JULY 16,**
**2024.**

21
22

## <u>REQUEST FOR ADDITIONAL TIME TO SERVE</u>

23

24

25

Plaintiff requests further additional time to serve the new defendant from the

amended complaint. Plaintiff requests until July 16, 2024 and no lesser time till

26
27
28

**RESHMA** KAMATH
W W W . M Y I N S T A L A W Y E R . C O M

work. Plaintiff requests racist Jacqueline to not be abusive as the latter has demonstrated she is.

Defendant SFPD Plaintiff will deal with later.

Plaintiff also requests that racist Jacqueline learn to follow the code and law.

Plaintiff states that **when a judge (such as racist Jacqueline) doesn't abide by the statute, code, law, and rules**, such as for Fed. *Rul. Civ. Proc. Rul.* 12(B)(6) and Local CAND rules, then there is no other explanation, but **racism.**

Same when law enforcement and the attorney who represent them such as David Chiu and Abigal Wald fail to follow the code sections, and racist Jacqueline allows them to violate the code section repeatedly, such is racism and gender discrimination, together RACIAL MISOGYNY. (because it disproportionately affects women of color.) Along with that on-going misogyny that minority and immigrant women in the legal profession have faced in the United States courthouses for decades as lawyers.

**RESHMA KAMATH**

*/S/ Reshma Kamath*

Plaintiff, *In Propria Persona*