UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        Defendants. | Case No. 23-cv-03531-JSC<br><br>**ORDER OF REFERRAL TO THE STANDING COMMITTEE ON PROFESSIONAL CONDUCT** |

The Civil Local Rules of the Northern District of California set forth the Standards of Professional Conduct required of all attorneys practicing before the Court.  These standards include the duty to "[m]aintain respect due to courts of justice and judicial officers" and to "[p]ractice with the honesty, care, and decorum required for the fair and efficient administration of justice." N.D. Cal. Civ. L.R. 11-4(a)(3), (4).  The Standards also state that "[t]reatment free of bias must be accorded all attorneys, litigants, judicial officers, jurors, and support personnel." *Id.* 11-4(b).

In a filing in this action on May 9, 2024, Plaintiff Reshma Kamath, who is also an attorney admitted to practice in this Court and the "attorney of record" in this case (Dkt. No. 69 at 11), violated each of these standards. Among other unprofessional conduct, she attacked the Court's law clerks and legal externs based on their perceived race.  Ms. Kamath wrote:  "It is borderline fetish and goes without saying the Judge has an East-Asian female clerk, and an African-American female clerk, too.  Both seem uneducated in the law and legal system, i.e., no law-school degree." (Dkt. No. 69 at 11.)  This conduct—aimed at the Court's staff—is the most egregious violation of the Standards of Professional Conduct this Court has witnessed in more than 12 years on the bench.  And, Ms. Kamath's conduct in violation of the Standards of Professional Conduct has

continued since that filing.  (Dkt. Nos. 74, 75.)  Accordingly, the Court refers Ms. Kamath to the Northern District of California Standing Committee on Professional Conduct.

**IT IS SO ORDERED.**

Dated: June 11, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California

2