RESHMA KAMATH
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Plaintiff, *in propria persona*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO POLICE DEPARTMENT (SFPD); ET AL.,<br><br>Defendants. | CASE NO.: 3:23-CV-03531-JSC<br><br>[ASSIGNED FOR ALL PURPOSES TO HONORABLE RACIST JACQUELINE SCOTT CORLEY]<br><br>***PLAINTIFF RESHMA KAMATH'S NOTICE TO RACIST JACQUELINE PROMOTING WHITE CULTURE IN THE CALIFORNIA COURTS IN CONTRAVENTION OF THE LAW, CODE AND RULES.*** |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, HEREIN*:

1

### ***PLAINTIFF RESHMA KAMATH'S NOTICE TO RACIST JACQUELINE PROMOTING WHITE CULTURE IN THE CALIFORNIA COURTS IN CONTRAVENTION OF THE LAW, CODE AND RULES.***

Plaintiff Reshma Kamath informs the RACIST JACQUELINE SCOTT CORLEY that RACIST JACQUELINE must REFRAIN from promoting WHITE CULTURE in the California courts in contravention of the law, code and rules.

Plaintiff Reshma Kamath knows that judges such as RACIST JACQUELINE SCOTT CORLEY have historically spread racism and misogyny in the courts to the deterioration of this country, United States. That has to stop at some point.

When RACIST JACQUELINE SCOTT CORLEY knows that the "ENTITY DEFENDANTS" were served, and when the honorable RACIST knows she was referring the matter to the profession committee, that White Racist needs to be **RECUSED *SUA SPONTE*.**

RACIST JACQUELINE SCOTT CORLEY cannot start dismissing defendants and refer to professional committees on the SAME DAY- the honorable RACIST shows Plaintiff that the JUDGE IS RACIST and cannot remain neutral.

Particularly so, because RACIST JACQUELINE SCOTT CORLEY cannot start dismissing defendants because the honorable racist knows that the ENTITY DEFENDANTS, HOMELAND SECURITY, APPEARED IN THE MATTER.

RACIST JACQUELINE SCOTT CORLEY also then dismissed the SFPD defendants - but she HAS NO BASIS IN THE LAW AND/OR FACTS. RACIST JACQUELINE SCOTT CORLEY just threw a fit because

Plaintiff RESHMA KAMATH requests that the RACIST JACQUELINE SCOTT CORLEY **VACATE ALL her RACIST ORDERS** - PUT THE DEFENDANTS SFPD, HOMELAND SECURITY AND THE REST OF THE MATTER BACK ON THE DOCKET; TO GET A MORE COMPETENT JUDICIAL OFFICER TO DETERMINE THE MATTER WITHOUT ANY BIAS; AND TO LET THE MATTER LITIGATE ON THE MERITS.



RACIST JACQUELINE SCOTT CORLEY is particularly RACIST, because during a 1:1 case management status conference, the honorable RACIST told PLAINTIFF RESHMA KAMATH that RACIST JACQUELINE SCOTT CORLEY knows that the defendants are right - even when RACIST JACQUELINE SCOTT CORLEY has absolutely no knowledge of constitutional law and code.

As dumb as RACIST JACQUELINE SCOTT CORLEY sounds, RACIST JACQUELINE SCOTT CORLEY's orders are even worse.

RACIST JACQUELINE SCOTT CORLEY's fetish in favor of East-Asian attorneys and litigants, as well as White attorneys and , and of course, such women in power have to woo men to get in such a place (they see competent women as subservient to them).

RACIST JACQUELINE SCOTT CORLEY should admit that the honorable is RACIST - that she was only parroting basic statements from case law - without understanding the breadth and depth of the facts/plight that PLAINTIFF RESHMA KAMATH was stating in her Complaint.

If RACIST JACQUELINE SCOTT CORLEY - based on this - throws a fit and dismisses the case, then it proves PLAINTIFF RESHMA KAMATH's point. RACIST JACQUELINE SCOTT CORLEY's threats against PLAINTIFF will not work at all.

RACISTS SUCH AS JACQUELINE SCOTT CORLEY PROMOTE MEN IN AMERICA, AND MEN OF COLOR to HARASS and BOTHER WOMEN in the UNITED STATES.

These privileged women such as RACIST JACQUELINE SCOTT CORLEY sitting in their ivory pedagogy in closed doors and with security have demonstrated they cannot help women-of-color when they get abused.

PLAINTIFF RESHMA KAMATH won't tolerate this kind of behavior even from a judge.

PLAINTIFF RESHMA KAMATH is testing the U.S. courts to see that when women such as PLAINTIFF RESHMA KAMATH come to the courts what kind of justice is there, VERY LITTLE TO NOTHING.

This was before PLAINTIFF RESHMA KAMATH decides to move out of this country and practice law elsewhere instead of living with RACISTS all over. PLAINTIFF RESHMA KAMATH has done this before - but this could be a permanent life move to practice law elsewhere and continue to help PLAINTIFF's client in the U.S. as well.

PLAINTIFF RESHMA KAMATH, thus requests ALL THE PARTIES BE REINSTATED, the case move on, and PLAINTIFF be allowed to SERVE DEFENDANT STEVE GLUMAS to litigate the matter on the merits against DEFENDANT SFPD, DEFENDANT HOMELAND, DEFENDANT GLUMAS, and the racist cops at CAND.

**DATED: JULY 21, 2024**          **RESHMA KAMATH**

*/S/ Reshma Kamath*

**RESHMA KAMATH, PLAINTIFF,**

*IN PROPRIA PERSONA*