UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-03531-JSC<br><br>**ORDER DISMISSING CLAIMS AGAINST STEVE GLUMAS WITHOUT PREJUDICE FOR FAILURE TO SERVE**<br><br>Dkt. No. 76 |

Plaintiff brought claims against the San Francisco Police Department, Federal Protective Services, the Department of Homeland Security, Steve Glumas, and two unnamed security guards arising out of the ticketing and towing of her vehicle while parked near the San Francisco federal courthouse. The Court previously dismissed the City and County of San Francisco (the San Francisco Police Department) with prejudice for failure to state a claim. (Dkt. No. 73.)  On June 11, 2024, the Court dismissed the claims as to the remaining entity defendants without prejudice for failure to serve in accordance with Federal Rule of Civil Procedure 4(m).  (Dkt. No. 76.)  In this same order, the Court granted Plaintiff until July 30, 2024 to serve the newly-added individual defendant Steve Glumas.  (*Id*. at 4.)

On July 21, 2024, Plaintiff filed a document captioned "PLAINTIFF RESHMA KAMATH'S NOTICE TO RACIST JACQUELINE PROMOTING WHITE CULTURE IN THE CALIFORNIA COURTS IN CONTRAVENTION OF THE LAW, CODE AND RULES." (Dkt. No. 79.)  The four-page document repeatedly asserts the Court is "RACIST" and concludes by stating:

> PLAINTIFF RESHMA KAMATH, thus requests ALL THE PARTIES BE REINSTATED, the case move on, and PLAINTIFF be allowed to SERVE DEFENDANT STEVE GLUMAS to litigate the matter on the merits against DEFENDANT SFPD, DEFENDANT

HOMELAND, DEFENDANT GLUMAS, and the racist cops at CAND.

(*Id*. at 4.)  The docket does not reflect any further filings or otherwise indicate that Plaintiff served the summons and complaint on individual defendant Steve Glumas and the deadline to serve him has run.

Accordingly, because Plaintiff has failed to timely serve Mr. Glumas in accordance with Federal Rules of Civil Procedure 4(m), the claims against him are dismissed without prejudice.

The Court will enter judgment by separate Order.

The Clerk shall close this action.

**IT IS SO ORDERED.**

Dated:  August 6, 2024

JACQUELINE SCOTT CORLEY
United States District Judge