UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH,<br><br>            Plaintiff,<br><br>     v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>            Defendants. | Case No.  3:23-cv-03531-JSC<br><br>**JUDGMENT** |

The Court having dismissed the claims as to the City and County of San Francisco (the San Francisco Police Department) with prejudice for failure to state a claim by Order dated June 3, 2024, and dismissed the claims as to the remaining entity defendants and individual defendant Steve Glumas without prejudice for failure to serve in accordance with Federal Rule of Civil Procedure 4(m) by Orders dated June 11, 2024 and August 6, 2024, enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated:  August 6, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge