

DATED: AUGUST 06, 2024 *Via ECF electronic delivery* only
**RESHMA KAMATH CAL. BAR NO. 333800**
**LAW OFFICE OF RESHMA KAMATH**
700 El Camino Real Suite 120, #1084, Menlo Park, CA 94025
Phone: 650 257 0719 | E-mail: reshmakamath2021@gmail.com |
**PLAINTIFF AND COUNSEL.**

RE:   *THANK YOU TO RACIST JACQUELINE*

Thank you for your support and encouragement. I officially left the country on August 04, 2024 and in the Middle East for the first time ever in my life. I may even drive there from now on. This law-abiding citizen of the United States, top-notch student all her life, and a great person, is absolutely fed up with the discrimination and racism in the United States against women of color, particularly immigrants.

I knew since I was a teenager upon moving to the United States, that this third-rate country called the United States will provide no support for Indian women when we have problems and legal issues. The oblivious Whites in the U.S. and the trash you like to support and help will see such a downfall - regressing into worst states than this country has ever experienced.

Two years ago right after I was discriminated in the legal profession, I had decided that I was to move outside, and was making up my mind until very recently (even about a week ago) whether my decision was right.

This case – amongst a slew of cases – that I had filed to test whether the United States got any better since about twenty-five years ago when I had immigrated. I knew it hadn't – but I wanted to test the trash legal system of the United States to see whether White people in America improved in anyway. I knew you all hadn't – it was only a farce.

I hope you refrain from continuing on your path of racism and misogyny. Hiring more subservient clerks and women of other ethnicities and races doesn't make you less racist and misogynistic. You White people continue to have the power and privilege to help immigrant women of color – yet you do very little to exercise either. Neither will I pay your racist costs, nor file a motion to strike/tax costs. Racist, ugly people such as Defendants and you (from inside and out) DON'T deserve an ounce of my time and effort.

Thank you once again for confirming my observations. I'll continue to be the nice person and brilliant lawyer that I am in helping all kinds of people and living beings.

*Sincerely,*

*Reshma Kamath*

*Reshma Kamath,*
*Counsel and Plaintiff.*